■ In the Matter of LILLIAN HOROWITZ et al., Appellants, v BROOKLYN SOCIETY FOR ETHICAL CULTURE, Respondent.—Appeal by the petitioners from a judgment of the Supreme Court, Kings County (Held, J.), entered August 30, 1990.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Held at the Supreme Court. Bracken, J. P., Harwood, Miller and Copertino, JJ., concur.